IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

YELLOW CAB OF JACKSONVILLE GROUP, LLC,
A FLORIDA LIMITED LIABILITY COMPANY;
NORTHERN FLORIDA TRANSPORTATION
GROUP, LLC, A FLORIDA LIMITED LIABILITY
COMPANY; PENINSULA TRANSPORTATION
GROUP, LLC, A FLORIDA LIMITED LIABILITY
COMPANY; AND JACKSONVILLE TRANSPORTATION
GROUP, LLC, AN ADMINISTRATIVELY DISSOLVED
FLORIDA LIMITED LIABILITY COMPANY,

   Appellants/Cross-Appellees,

 v.

SHAUN LUTCHMAN,

   Appellee/Cross-Appellant.

Case No. 5D23-85
LT Case No. 2014-CA-000826

_____/

Opinion filed May 19, 2023

Appeal from Circuit Court
for Duval County,
Gary L. Wilkinson, Judge.

Michael R. D'Lugo, of Wicker Smith
O'Hara McCoy & Ford, P.A., Orlando,
for Appellants/Cross-Appellees.

Jessie L. Harrell, of The Harrell Firm,
Jacksonville, for Appellee/Cross-Appellant.

PER CURIAM.

While driving his car, Shaun Lutchman was negligently struck by a vehicle, causing him physical injuries and requiring disc replacement surgery. Lutchman sued the Appellants/Cross-Appellees ("the Defendants") and a jury awarded him $375,000 ($275,000 for past medical expenses and $100,000 for non-economic damages). The trial court entered a final judgment for Lutchman for $289,001.47, after setting off certain amounts.

On appeal, the Defendants claim error in the trial court's refusal to set off the difference between the surgeon's bills for the disc replacement surgery and the amount the surgeon received from the insurance company. This argument is entirely without merit for the reasons set forth in the trial court's order, which we affirm without further comment.

On the cross-appeal, Lutchman argues that the trial court erroneously set off amounts from the jury verdict for which a right of subrogation exists. Under Florida law, there "shall be no reduction for collateral sources for which a subrogation or reimbursement right exists." § 768.76(1), Fla. Stat. (2023); *Blue Cross & Blue Shield of Fla., Inc. v. Matthews*, 498 So. 2d 421, 422 (Fla. 1986) ("Florida has long recognized the subrogation rights of an insurer to recover payments made to an insured for injuries which were

caused by the tortfeasor."). At oral argument, counsel for the Defendants agreed with Lutchman and conceded that his cross-appeal was meritorious. As such, reversal is necessary to increase the final judgment by the amount of the erroneous setoffs, which totaled $8,794.47.

REVERSED and REMANDED with instruction to increase the final judgment by the $8,794.47.

LAMBERT, C.J., and MAKAR and SOUD, JJ., concur.